R. Joseph Trojan  CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA  90212
Telephone:   (310) 777-8399
Facsimile:    (310) 777-8348
**Attorneys for Plaintiff,
PHOENIX SOLUTIONS, INC.**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHOENIX SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE DIRECTV GROUP, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV-08-984 MRP (SSx)<br><br>**NOTICE OF RELATED ORDER RE: DIRECTV'S DIRECTION AND CONTROL OVER WEST**<br><br>Hon. Mariana R. Pfaelzer |

-1-

**CV08-0984 MRP**

Attached is a court order issued by Judge Klausner denying The DIRECTV Group, Inc. ("DirecTV")'s motion for summary judgment involving the issue of direction and control regarding DirecTV's control over West Interactive Corporation ("West") in the case of *Ronald A. Katz Technology Licensing, L.P. v. The DirecTV Group, Inc., et al*., Case No. 07-CV-2322-RGK. Specifically, Judge Klausner found that there was a triable issue of fact as to whether DirecTV exercises sufficient control over West in order for DirecTV to be liable for infringement.

Judge Klausner's order was issued on May 1, 2009. On July 17, 2009, DirecTV filed its motion in this Court involving the identical issue of DirecTV's control over West. While DirecTV apparently felt no obligation to inform this Court of this decision, Phoenix is advising the Court of Judge Klausner's order on the same day that Phoenix learned of it.

Respectfully submitted,
TROJAN LAW OFFICES
by

DATED: September 29, 2009        /s/ R. Joseph Trojan
                                 R. Joseph Trojan
                                 Attorney for Plaintiff,
                                 PHOENIX SOLUTIONS, INC.