UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 08-CV-00984-MRP (SSx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | PHOENIX SOLUTIONS, INC., v. THE DIRECTV GROUP, INC. | | |

| Present: The Honorable | Mariana R. Pfaelzer, Senior U.S. District Judge |
|---|---|

| Cynthia Salyer | Not present. |
|---|---|
| Courtroom Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None. | None. |

**Proceedings:**     **IN CHAMBERS**

The Court has reviewed Plaintiff's Motion to Alter or Amend Order and for Reconsideration, Defendant's Opposition, and associated papers.

The Motion is DENIED.

The hearing set for November 2, 2009 is hereby taken OFF CALENDAR.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | CS | |