UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 08-CV-00984-MRP (SSx) | Date | November 4, 2009 |
|---|---|---|---|
| Title | PHOENIX SOLUTIONS, INC., v. THE DIRECTV GROUP, INC. | | |

| Present: The Honorable | Mariana R. Pfaelzer, Senior U.S. District Judge | |
|---|---|---|
| | Cynthia Salyer | Not present. |
| | Courtroom Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None. | | None. |

**Proceedings:**   **IN CHAMBERS**

The hearing for Plaintiff's Motion for Summary Judgment (Docket No. 110) is placed off calendar while the Court prepares its findings of fact and conclusions of law on Defendant's Motion for Summary Judgment. The hearing date for Plaintiff's Motion is hereby vacated. Defendant need not respond to Plaintiff's Motion until further order of the Court.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Deputy Clerk | CS | |