1

JS-6

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

| | |
|---|---|
| Phoenix Solutions, Inc., | CASE NO. CV 08-984 MRP (SSx) |
| Plaintiff, | JUDGMENT |
| vs. | Hon. Mariana R. Pfaelzer |
| The DIRECTV Group, Inc., | |
| Defendant. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00235.21739/3220776.1

[PROPOSED] JUDGMENT

1       Pursuant to the Court's Order dated September 30, 2009 (Docket No. 129)

2   granting Defendant DIRECTV Group, Inc.'s Motion for Summary Judgment

3   (Docket No. 86) and the Court's Order dated November 23, 2009 (Docket No. 142)

4   denying Plaintiff Phoenix Solutions, Inc.'s Motion for Summary Judgment (Docket

5   No. 110), and for the reasons stated in the Court's Statement of Uncontroverted

6   Facts and Conclusions of Law dated November 23, 2009 (Docket No. 141), **FINAL**

7   **JUDGMENT IS HEREBY ENTERED** in favor of defendant The DIRECTV Group, Inc.

8   and against plaintiff Phoenix Solutions, Inc.

9

10       **IT IS SO ORDERED**.

11

12

13   DATED:  December 02, 2009

14

15

16   THE HON. MARIANA R. PFAELZER
     United States District Court Judge,

17   Central District of California

18

19   Submitted by:

20   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

21

22   By*/s/Steven M. Anderson*
     Steven M. Anderson

23     Attorneys for THE DIRECTV GROUP, INC.

24

25

26

27

28

00235.21739/3220776.1

-2-
[PROPOSED] JUDGMENT