**Exhibit E:
Landon IP invoice (USPTO admin. charges only)**

00235.21739/3243013.1



**Landon-IP Inc**
1725 Jamieson Avenue
Alexandria, VA 22314 USA
P: 703 486 1150
F: 703 486 1358
E: mail@landon-ip.com

December 14, 2009

**Ms. Heidi Lopez**
**Quinn, Emanual et al.**

Re: Details of invoice #139523

*Charges from USPTO:*

| Product Provided | Service Fee | Disbursements |
|---|---|---|
| FH 6,615,172 | $1,672 | $418 |
| FH 7,139,714 | $362 | $90.50 |
| FH 7,050,977 | $486 | $109 |
| FH 7,225,125 | $251 | $62.75 |
| FH 2005/0080625 | $509 | $127.25 |
| FH 6,633,846 | $399 | $99.75 |
| Cited US Patents | $714 | $476 |
| Cited Foreign Patents | $370 | $49.25 |

Total:     $6,145.50

*total: $1,432.50*