# Exhibit F:
# Williams Lea invoices (copying charges only)

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-08062311 |
| Invoice Date: | 06/20/2008 |
| Page: | 1/1 |

**Remit Payment to:**
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-06063 |
| Payment Terms: | NET00 |
| Due Date: | 06/20/2008 |
| Sales Rep: | Kaufmann, Madrid |

**Bill To:**
Bartlit Beck Herman Palenchar
Jodi Loper
54 W Hubbard
Chicago IL 60610

**Ship To:**
Bartlit Beck Herman Palenchar
Jodi Loper
54 W Hubbard
Chicago IL 60610

**Reference:**
Ref/Client Matter: 832-1
Job Ticket: 78422

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL W/ Pathfiles and Finishing | 10,510 | EA | 0.085 | 893.35 ✓ |
| LABOR TECHNICAL | 1.00 | HRS | 50.00 | 50.00 ✗ |
| | | | Subtotal: | 943.35 |
| | | | AMOUNT DUE: | $ 943.35 |

VENDOR # S926
CL #
CC
8307
VOUCHER # 23982

$ 893.35

832-1 JL 6.24.08

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

| | | | | |
|---|---|---|---|---|
| **Williams Lea Inc.** | **INVOICE** | Invoice: | I-08062849 | |
| | | Invoice Date: | 06/25/2008 | |
| | | Page: | 1/1 | |

**Remit Payment to:**
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-06063 |
| Payment Terms: | NET00 |
| Due Date: | 06/25/2008 |
| Sales Rep: | Kaufmann, Madrid |

**Bill To:**
Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Ship To:**
Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Reference:**
Ref/Client Matter: 832-1
Job Ticket: 78613

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 5,955 | PGS | 0.14 | 833.70 |
| Color Copies Tier I - WL | 408 | PGS | 1.25 | 510.00 |
| CUSTOM TABS PRINTED AND INS | 42 | EA | 0.35 | 14.70 |
| Tabs | 219 | EA | 0.25 | 54.75 |
| | | | Subtotal: | 1,413.15 |
| | | IL  9.250 % | | 6.42 |
| | | **AMOUNT DUE:** | | **$ 1,419.57** ✓ |

VENDOR # S926
GL #         CL #        AMT
CC
1330-1

832-1
OK 7L

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-08071188 |
| Invoice Date: | 07/11/2008 |
| Page: | 1/1 |

**Remit Payment to:**
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

| | |
|---|---|
| Customer No: | UNI-06063 |
| Payment Terms: | NET00 |
| Due Date: | 07/11/2008 |
| Sales Rep: | Kaufmann, Madrid |

**Bill To:**
Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Ship To:**
Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Reference:**
Ref/Client Matter: 832-1
Job Ticket: 79854

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier IV - WL | 2,984 | PGS | 0.14 | 417.76 |
| | | | Subtotal: | 417.76 |
| | | | AMOUNT DUE: | $ 417.76 |



VENDOR # 5926
G/L   CC
      330-1
VOUCHER # 24029S

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.

## INVOICE

| | |
|---|---|
| Invoice: | I-08071916 |
| Invoice Date: | 07/17/2008 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

| | |
|---|---|
| Customer No: | UNI-06063 |
| Payment Terms: | NET00 |
| Due Date: | 07/17/2008 |
| Sales Rep: | Kaufmann, Madrid |

**Bill To:**
Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Ship To:**
Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Reference:**
Ref/Client Matter: 832-1
Job Ticket: 80162

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| IMAGING - GRADE D | 2,364 | PGS | 0.14 | 330.96 ✗ |
| SEQ ENDORSEMENT (BRANDING) | 2,364 | PGS | 0.01 | 23.64 ✗ |
| Imaging Blowbacks - WL W/ Finishing | 9,456 | EA | 0.085 | 803.76 ✓ |
| Imaging PDF Conversion - WL | 2,364 | EA | 0.04 | 94.56 ✗ |
| CD mastering/backup - WL | 1 | EA | 45.00 | 45.00 ✗ |
| | | | Subtotal: | 1,297.92 |
| | | | **AMOUNT DUE:** | **$ 1,297.92** |

VENDOR # 5976
GL #     CC     CL #     AMT
         13301
VOUCHER # 24057

$803.76
832-1
OK TR

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc. INVOICE

Invoice: I-09084608
Invoice Date: 08/25/2009
Page: 1/1

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

Customer No: UNI-06063
Payment Terms: NET00
Due Date: 08/25/2009
Sales Rep: Kaufmann, Madrid

**Bill To:**

Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Ship To:**

Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Reference:**

Ref/Client Matter: 832-1
Job Ticket: 102838

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL | 6,177 | EA | 0.085 | 525.05 ✓ |
| Tabs | 78 | EA | 0.25 | 19.50 ✓ |
| Hand Labor 2-Hole Drill | 1.00 | HRS | 35.00 | 35.00 ✗ |

Subtotal: 579.55
IL 10.250 %  2.00
AMOUNT DUE: $581.55

$544.55
832-1
ok TL

VENDOR: 5926
GL #  CC
       1820-1
VO:   28043 7

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

# Williams Lea Inc.    INVOICE

Invoice: I-09084614
Invoice Date: 08/25/2009
Page: 1/1

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

For Billing questions, please call 312-279-5500

Customer No: UNI-06063
Payment Terms: NET00
Due Date: 08/25/2009
Sales Rep: Kaufmann, Madrid

**Bill To:**

Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

**Ship To:**

Bartlit Beck Herman Palenchar
Tom Lentine
54 W Hubbard
Chicago IL 60610

Reference:
Ref/Client Matter: 598-18
Job Ticket: 102965

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| Imaging Blowbacks - WL w/ slipsheets | 2,081 | EA | 0.08 | 166.48 ✓ |
| Color Copies Tier I - WL | 381 | EA | 1.00 | 381.00 ✓ |
| Hand Labor 2-Hole Drilling | 1.00 | HRS | 35.00 | 35.00 ✗ |
| | | | Subtotal: | 582.48 |
| | | | AMOUNT DUE: | $582.48 |

$547.48

VENDOR - S926
GL#   CC   C #   AMT
      1330-1
VOUCH - 250438

832-1
O/C 7/2

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.

| | | | | |
|---|---|---|---|---|
| **Williams Lea Inc.** | **INVOICE** | Invoice: | | I-09093437 |
| | | Invoice Date: | | 09/21/2009 |
| | | Page: | | 1/1 |

Remit Payment to:
Williams Lea Inc.
14927 Collections Center Drive
Chicago IL 60693

**For Billing questions, please call 312-279-5500**

Customer No: UNI-06063
Payment Terms: NET00
Due Date: 09/21/2009
Sales Rep: Kaufmann, Madrid

**Bill To:**

Bartlit Beck Herman Palenchar
Jodi Loper
54 West Hubbard
Chicago IL 60610

**Ship To:**

Bartlit Beck Herman Palenchar
Jodi Loper
54 West Hubbard
Chicago IL 60610

**Reference:**

Ref/Client Matter: 832-1
Job Ticket: 104275

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier III - WL | 2,365 | PGS | 0.115 | 271.98 ✓ |
| CUSTOM TABS PRINTED AND INS | 25 | EA | 0.35 | 8.75 ✓ |
| Tabs | 170 | EA | 0.25 | 42.50 ✓ |
| Hand Labor | 1.00 | HRS | 35.00 | 35.00 ✗ |
| 2-Hole Drilling | | | | |

| | |
|---|---|
| Subtotal: | 358.23 |
| IL 10.250 % | 5.26 |
| **AMOUNT DUE:** | **$ 363.49** |

VENDOR 5926
G/L # CC
1370-1
VOUCHER 251043

$323.23

832-1
9-24-09

We Now Accept - VISA, MC and AMEX.

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction. All prices and charges are measured in US dollars.