**Exhibit H:
Micropatent, LLC invoices**

**Yoon, Kristine**

**From:** ts.cm.billing@thomson.com
**Sent:** Friday, April 04, 2008 1:10 AM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: March 2008

MICROPATENT, LLC
INVOICE

INVOICE NUMBER: 914565
Invoice Date: 2008-03-31

ORDER NUMBER 31094019, Login 2819 Docket: 832.001, User Name/Attn to:

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2008-03-05 | DOWNLOADPDF | US6615172(B1) | | 4.95 |
| 2008-03-05 | DOWNLOADPDF | US7225125(B2) | | 4.95 |
| 2008-03-05 | DOWNLOADPDF | US7050977(B1) | | 4.95 |
| 2008-03-05 | DOWNLOADPDF | US7139714(B2) | | 4.95 |

Subtotal for ORDER NUMBER 31094019          19.80

**Yoon, Kristine**

**From:** ts.cm.billing@thomson.com
**Sent:** Wednesday, July 02, 2008 11:58 AM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: June 2008

# MICROPATENT, LLC
## INVOICE

INVOICE NUMBER: 924550
Invoice Date: 2008-06-30

ORDER NUMBER 32534329 , Login 2819 Docket:       832-1 , User Name/Attn to:
Date      Type       Desc     Docket/Userdef     Price

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2008-06-09 | DOWNLOADPDF | | US6856960(B1) | 4.95 |
| 2008-06-09 | DOWNLOADPDF | | US6615172(X6) | 0.00 |
| 2008-06-09 | DOWNLOADPDF | | US6330530(B1) | 4.95 |
| 2008-06-09 | DOWNLOADPDF | | US7020609(B2) | 4.95 |
| 2008-06-09 | DOWNLOADPDF | | US7003463(B1) | 4.95 |
| 2008-06-09 | DOWNLOADPDF | | US6615172(B1) | 4.95 |

Subtotal for ORDER NUMBER  32534329         24.75

ORDER NUMBER 32610639 , Login 2819 Docket:       832-1 , User Name/Attn to:
Date      Type       Desc     Docket/Userdef     Price

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2008-06-12 | DOWNLOADPDF | | US5802526(A) | 4.95 |
| 2008-06-12 | DOWNLOADPDF | | US5802526(X6) | 0.00 |

Subtotal for ORDER NUMBER  32610639          4.95

ORDER NUMBER 32610662 , Login 2819 Docket:       832-1 , User Name/Attn to:
Date      Type       Desc     Docket/Userdef     Price

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2008-06-12 | DOWNLOADPDF | | US5802256(A) | 4.95 |

Subtotal for ORDER NUMBER    32610662          4.95

AMOUNT DUE:                    34.65  Payment Due

**Yoon, Kristine**

**From:** ts.cm.billing@thomson.com
**Sent:** Thursday, August 07, 2008 12:50 PM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: July 2008

MICROPATENT, LLC
INVOICE

INVOICE NUMBER: 927577
Invoice Date: 2008-07-31

Customer Number: OP2819
Customer Login: 2819

ORDER NUMBER 33076646 , Login 2819 Docket:          832-1 , User Name/Attn to:

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2008-07-14 | DOWNLOADPDF | US5689617(A) | | 4.95 |
| 2008-07-14 | DOWNLOADPDF | US6487534(B1) | | 4.95 |
| 2008-07-14 | DOWNLOADPDF | US5870706(A) | | 4.95 |
| 2008-07-14 | DOWNLOADPDF | US5839106(A) | | 4.95 |
| 2008-07-14 | DOWNLOADPDF | US5384892(A) | | 4.95 |

Subtotal for ORDER NUMBER   33076646                    24.75

AMOUNT DUE:                    24.75  Payment Due

**Yoon, Kristine**

**From:** ts.cm.billing@thomson.com
**Sent:** Wednesday, September 03, 2008 12:52 PM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: August 2008

M I C R O P A T E N T, LLC

I N V O I C E

INVOICE NUMBER: 929787
Invoice Date: 2008-08-31


ORDER NUMBER 33526233 , Login 2819 Docket:           832-001 , User Name/Attn to:
Date      Type        Desc           Docket/Userdef    Price
---------- -------------- ---------------- ------------------ -------
2008-08-11 DOWNLOADPDF   US6078886(A)                         4.95
2008-08-11 DOWNLOADPDF   US6094635(A)                         4.95
---------- -------------- ---------------- ------------------ -------
Subtotal for ORDER NUMBER  33526233                           9.90

1

Yoon, Kristine

From: noreply.tscm.billing@thomsonreuters.com
Sent: Wednesday, November 05, 2008 5:48 PM
To: Kristine.czerwinski@bartlit-beck.com
Subject: MicroPatent: October 2008

M I C R O P A T E N T, LLC
THOMSON REUTERS
I N V O I C E

INVOICE NUMBER: 936310
Invoice Date: 2008-10-31

ORDER NUMBER 34367081 , Login 2819 Docket: 832.001 , User Name/Attn to:

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2008-10-07 | DOWNLOADPDF | US5960399(A) | | 4.95 |
| 2008-10-07 | DOWNLOADPDF | US5934910(A) | | 4.95 |

Subtotal for ORDER NUMBER  34367081                9.90

BALANCE FORWARD:              0.00
AMOUNT DUE:                   9.90  Payment Due

1

**Yoon, Kristine**

**From:** noreply.tscm.billing@thomsonreuters.com
**Sent:** Monday, January 05, 2009 6:15 PM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: December 2008

M I C R O P A T E N T, LLC
THOMSON REUTERS
I N V O I C E

INVOICE NUMBER: 941373
Invoice Date: 2008-12-31

ORDER NUMBER 250065827 , Login 2819 Docket: , User Name/Attn to: Jodi Loper
Date      Type      Desc             Docket/Userdef     Price
---------- -------------- ------------------ ------------------ --------
2008-12-10 E3200        60-102957          832-001           110.00
2008-12-10 E3200        60-117595          832-001           138.75
2008-12-10 E3200        7003463            832-001           232.50
---------- -------------- ------------------ ------------------ --------
Subtotal for ORDER NUMBER 250065827                         481.25

ORDER NUMBER 1033470 , Login 2819 Docket: , User Name/Attn to: Jodi Loper
Date      Type      Desc             Docket/Userdef     Price
---------- -------------- ------------------ ------------------ --------
2008-12-12 F2102        WO0021075          832-001           411.00
---------- -------------- ------------------ ------------------ --------
Subtotal for ORDER NUMBER 1033470                           411.00

ORDER NUMBER 250065551 , Login 2819 Docket: , User Name/Attn to: Jodi Loper
Date      Type      Desc             Docket/Userdef     Price
---------- -------------- ------------------ ------------------ --------
2008-12-17 E3200        7465878            832-001           692.50
---------- -------------- ------------------ ------------------ --------
Subtotal for ORDER NUMBER 250065551                         692.50

**Yoon, Kristine**
___

**From:** noreply.tscm.billing@thomsonreuters.com
**Sent:** Tuesday, March 03, 2009 5:10 PM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: February 2009

M I C R O P A T E N T, LLC
THOMSON REUTERS
I N V O I C E

INVOICE NUMBER: 947116
Invoice Date: 2009-02-28

ORDER NUMBER 36378880, Login 2819 Docket: 832-1 (THL), User Name/Attn to:

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2009-02-13 | DOWNLOADTIFF | US5983190(X6) | | 0.00 |
| 2009-02-13 | DOWNLOADTIFF | US5983190(A) | | 4.95 |
| 2009-02-13 | DOWNLOADTIFF | US5615296(A) | | 4.95 |

Subtotal for ORDER NUMBER 36378880        9.90

AMOUNT DUE:            9.90 Payment Due

1

**Yoon, Kristine**

**From:** noreply.tscm.billing@thomsonreuters.com
**Sent:** Monday, July 06, 2009 1:15 PM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: June 2009

====================================================================

M I C R O P A T E N T, LLC
THOMSON REUTERS
I N V O I C E

INVOICE NUMBER: 957431
Invoice Date: 2009-06-30

```
ORDER NUMBER  38345997 , Login  2819  Docket:         832-1 , User Name/Attn to:
  Date       Type         Desc           Docket/Userdef    Price
----------  -------------  ----------------  ------------------  -------
2009-06-01  DOWNLOADPDF    US6856957(B1)                          4.95
----------  -------------  ----------------  ------------------  -------
Subtotal for ORDER NUMBER  38345997                               4.95

ORDER NUMBER  38346399 , Login  2819  Docket:         832-1 , User Name/Attn to:
  Date       Type         Desc           Docket/Userdef    Price
----------  -------------  ----------------  ------------------  -------
2009-06-01  DOWNLOADPDF    US20090048928(A1)                      4.95
----------  -------------  ----------------  ------------------  -------
Subtotal for ORDER NUMBER  38346399                               4.95
```

1

**From:** noreply.tscm.billing@thomsonreuters.com
**Sent:** Tuesday, August 04, 2009 2:31 PM
**To:** Kristine.czerwinski@bartlit-beck.com
**Subject:** MicroPatent: July 2009

MICROPATENT, LLC
INVOICE

INVOICE NUMBER: 960270
Invoice Date: 2009-07-31

ORDER NUMBER 39081228 , Login 2819 Docket:         832-1 , User Name/Attn to:
---------- -------------- ----------------- ------------------ --------
2009-07-14  DOWNLOADPDF   US4400206(A)              4.95

ORDER NUMBER 39215815 , Login 2819 Docket:         832-1 , User Name/Attn to:
---------- -------------- ----------------- ------------------ --------
2009-07-22  DOWNLOADPDF   US6418199(B1)             4.95

**Yoon, Kristine**

| | |
|---|---|
| **From:** | noreply.tscm.billing@thomsonreuters.com |
| **Sent:** | Thursday, September 03, 2009 1:49 PM |
| **To:** | Kristine.czerwinski@bartlit-beck.com |
| **Subject:** | MicroPatent: August 2009 |

```
        M I C R O P A T E N T, LLC
            THOMSON REUTERS
              I N V O I C E
```

INVOICE NUMBER: 964059
Invoice Date:   2009-08-31


ORDER NUMBER 250080324 , Login 2819 Docket:  832-1              , User Name/Attn to: Evgeny Taranda

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2009-08-05 | C1000 | 7555431-10/792674 | 832.1 | 270.00 |
| 2009-08-05 | SHIPPING | SHIPPING | FEDEX Saver | 9.25 |

ORDER NUMBER 40064631 , Login 2819 Docket:       832-1 , User Name/Attn to:

| Date | Type | Desc | Docket/Userdef | Price |
|---|---|---|---|---|
| 2009-08-26 | DOWNLOADPDF | US6117073(A) | | 4.95 |