**Exhibit I:
Reed Technology and Information Services, Inc. invoices**

REED TECHNOLOGY
AND INFORMATION SERVICES INC.

# REEDFAX®
### THE PATENT CONNECTION®

VENDOR # 1636  ADDRESS # _____
GL # _____ AMT ____ CL # ____ AMT
Court pleading
13211-9    979.64
VOUCHER # 239996   APPROVAL
Lisa Gilchrist

Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270470
Invoice Date: 6/17/2008
Customer Number: 13833
Billing Period: 06/01/2008 - 06/15/200
PO Number:
Page: 1

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

| Date | Account | Stl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| Client ID: | 835-1 832-1 | | | | | | | | |
| 06/06/08 | 1583008 | 31077 | EP1096471A1 | 14 | EP-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31078 | 4473904 | 14 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31079 | 4914590 | 143 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31080 | 5146405 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31081 | 5157727 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31083 | 5231670 | 20 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31084 | 5475792 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31085 | 5553119 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31086 | 5737485 | 27 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31087 | 5765130 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31088 | 5774841 | 25 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31089 | 5802251 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31091 | 5860063 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31092 | 5915236 | 128 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31093 | 5956675 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31094 | 6035275 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31095 | 6125284 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31096 | 6141640 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31097 | 6178404 | 16 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31098 | 6185535 | 16 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31099 | 6243679 | 24 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |

*REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.*



Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270470
Invoice Date: 6/17/2008
Customer Number: 13833
Billing Period: 06/01/2008 - 06/15/200
Page: 2

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/08 | 1583008 | 31101 | 6256607 | 16 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31102 | 6336090 | 12 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31103 | 6374226 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31105 | 6418199 | 24 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31106 | 6427063 | 53 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31107 | 6499011 | 6 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31108 | 6510411 | 33 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31109 | 6567778 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31111 | 6594269 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31112 | 6594348 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31113 | 6615172 | 54 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31115 | 6665640 | 57 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31116 | 6785654 | 12 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31117 | 7058573 | 17 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31118 | 4587670 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31119 | 4783803 | 50 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31120 | 4785408 | 36 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31121 | 4852170 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31122 | 4991094 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31123 | 4991217 | 31 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31124 | 5068789 | 65 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31125 | 5265014 | 12 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31126 | 5293584 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31127 | 5371901 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31128 | 5509104 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31129 | 5524169 | 7 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31130 | 5540589 | 17 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31131 | 5602963 | 32 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31132 | 5615296 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31133 | 5652897 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31134 | 5668854 | 12 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31135 | 5675707 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31136 | 5680511 | 21 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31138 | 5680628 | 28 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31139 | 5758322 | 27 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31140 | 5794193 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31141 | 5802526 | 21 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31143 | 5819220 | 22 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31144 | 5836771 | 39 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31145 | 5865626 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31146 | 5867817 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31147 | 5873062 | 341 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31148 | 5884302 | 29 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31149 | 5934910 | 33 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |

*REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.*



Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270470
Invoice Date: 6/17/2008
Customer Number: 13833
Billing Period: 06/01/2008 - 06/15/200
Page: 3

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/08 | 1583008 | 31150 | 5956683 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31151 | 5960394 | 128 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31152 | 5960399 | 14 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31153 | 5978756 | 16 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31154 | 5987410 | 5 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31155 | 5995918 | 32 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31156 | 5995928 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31157 | 6009387 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31158 | 6018736 | 25 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31159 | 6021384 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31160 | 6029124 | 29 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31161 | 6032111 | 33 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31162 | 6044266 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31163 | 6044337 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31164 | 6112176 | 6 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31165 | 6119087 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31166 | 6125341 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31167 | 6144848 | 44 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31169 | 6144938 | 44 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31171 | 6173261 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31172 | 6182038 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31173 | 6182068 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31174 | 6192110 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31175 | 6195636 | 7 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31176 | 6216013 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31177 | 6226610 | 43 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31179 | 6233559 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31181 | 6246986 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31182 | 6246989 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31183 | 6269153 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31184 | 6269336 | 33 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31185 | 6292767 | 16 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31186 | 6292781 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31187 | 6327561 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31188 | 6327568 | 6 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31189 | 6389389 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31190 | 6408272 | 17 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31191 | 6411926 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31192 | 6453020 | 14 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31193 | 6453290 | 21 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31194 | 6499013 | 14 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31195 | 6513037 | 4 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31196 | 6519562 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31198 | 6522725 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |

*REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.*



Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270470
Invoice Date: 6/17/2008
Customer Number: 13833
Billing Period: 06/01/2008 - 06/15/200
Page: 4

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/08 | 1583008 | 31199 | 6532444 | 21 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31200 | 6574597 | 12 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31201 | 6584464 | 21 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31202 | 6614885 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31203 | 6633846 | 56 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31204 | 6651043 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31205 | 6665644 | 17 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31206 | 6681206 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31207 | 6697780 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31208 | 6738743 | 16 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31209 | 6742021 | 21 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31210 | 6785647 | 13 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31211 | 6842767 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31212 | 6871179 | 9 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31213 | 6940953 | 48 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31215 | 6964012 | 39 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31216 | 6965864 | 6 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31217 | 6965890 | 23 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31218 | 7082397 | 18 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31220 | WO9811534A1 | 39 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31221 | WO9948011A1 | 69 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31222 | WO9950830A1 | 52 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31223 | WO0014727A1 | 38 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31224 | WO0017854A1 | 34 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31225 | WO0021075A1 | 39 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31226 | WO0022610A1 | 59 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31227 | WO0030072A1 | 31 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31228 | WO0030287A1 | 29 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31229 | WO0116936A1 | 142 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31230 | WO0126093A1 | 47 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31231 | WO0178065A1 | 63 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31232 | WO0195312A1 | 23 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31233 | WO0203380A1 | 18 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31234 | EP1094388A2 | 33 | EP-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31236 | WO0020962A2 | 81 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31238 | WO0021232A2 | 73 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31240 | WO0068823A2 | 9 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31243 | WO0118693A2 | 23 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31245 | WO0021075A6 | 42 | WO-CDROM-Sys | $4.50 | $0.00 | $0.00 | $4.50 |
| 06/06/08 | 1583008 | 31246 | 5384892 | 25 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31247 | 5513298 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31248 | 5727950 | 56 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31249 | 5730603 | 15 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31250 | 5905773 | 8 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |

REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.



Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270470
Invoice Date: 6/17/2008
Customer Number: 13833
Billing Period: 06/01/2008 - 06/15/200
Page: 6

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| 06/06/08 | 1583008 | 31304 | 6138100 | 10 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31305 | 6157705 | 25 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31306 | 6192338 | 11 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31307 | 6377944 | 19 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31308 | 6388056 | 26 | US-CDROM-Sys | $4.00 | $0.00 | $0.00 | $4.00 |
| 06/06/08 | 1583008 | 31749 | | 0 | Media Charge | $15.00 | $0.00 | $0.00 | $15.00 |
| 06/06/08 | 1583008 | 31750 | | 0 | Courier-Charge | $8.64 | $0.00 | $0.00 | $8.64 |
| 06/09/08 | 1583008 | 32114 | 7376556 | 44 | File-Hist-Papers-WWW | $55.00 | $0.00 | $0.00 | $55.00 |
| 06/09/08 | 1583008 | 32116 | 7277854 | 27 | File-Hist-Papers-WWW | $35.00 | $0.00 | $0.00 | $35.00 |
| 06/09/08 | 1583008 | 32117 | 7203646 | 38 | File-Hist-Papers-WWW | $47.50 | $0.00 | $0.00 | $47.50 |

|  |  |
|---|---|
| Client Sub Total: | $979.64 |
| Client Sales Tax: | $0.00 |
| **TOTAL CLIENT CHARGES:** | **$979.64** |
| **Invoice Sub Total:** | **$979.64** |

Taxing Authority: Not applicable
0

Tax Rate: 0    Sales Tax: $0.00

Total: $979.64

**REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.**



**REED TECHNOLOGY AND INFORMATION SERVICES INC.**

**REEDFAX**
THE PATENT CONNECTION

VENDOR # 1636　　　# 3

GL #　　Patent Copies　　Cl #　　AMT

Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

1830-1

VOUCHER 240656

Invoice #: 000270666
Invoice Date: 7/3/2008
Customer Number: 13833
Billing Period: 06/16/2008 - 06/30/200
PO Number:
Page: 1

### INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| Client ID: | 835.1 | | | | | | | | |
| 06/16/08 | 1583008 | 33721 | 7203646 | 246 | US-File-Hist-WWW | $307.50 | $0.00 | $0.00 | $307.50 |
| 06/16/08 | 1583008 | 33722 | 6665640 | 412 | US-File-Hist-WWW | $515.00 | $0.00 | $0.00 | $515.00 |
| 06/16/08 | 1583008 | 33723 | 6633846 | 533 | US-File-Hist-WWW | $666.25 | $0.00 | $0.00 | $666.25 |
| 06/17/08 | 1583008 | 34161 | SN11003085 | 408 | US-File-Hist-WWW | $510.00 | $0.00 | $0.00 | $510.00 |
| 06/17/08 | 1583008 | 34162 | SN10684357 | 603 | US-File-Hist-WWW | $753.75 | $0.00 | $0.00 | $753.75 |
| 06/17/08 | 1583008 | 34163 | SN10653039 | 494 | US-File-Hist-WWW | $617.50 | $0.00 | $0.00 | $617.50 |
| 06/17/08 | 1583008 | 34164 | SN10603998 | 445 | US-File-Hist-WWW | $556.25 | $0.00 | $0.00 | $556.25 |
| 06/17/08 | 1583008 | 34166 | 7376556 | 340 | US-File-Hist-WWW | $425.00 | $0.00 | $0.00 | $425.00 |
| 06/17/08 | 1583008 | 34167 | 7277854 | 299 | US-File-Hist-WWW | $373.75 | $0.00 | $0.00 | $373.75 |

Client Sub Total: $4,725.00
Client Sales Tax: $0.00
**TOTAL CLIENT CHARGES:** $4,725.00

Invoice Sub Total: $4,725.00

Taxing Authority: Not applicable
0

Tax Rate: 0　　Sales Tax: $0.00

Total: $4,725.00

832-1
7/28/09

REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.




REED TECHNOLOGY
AND INFORMATION SERVICES INC.

**REEDFAX**
THE PATENT CONNECTION

Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270854
Invoice Date: 7/17/2008
Customer Number: 13833
Billing Period: 07/01/2008 - 07/15/200
PO Number:
Page: 1

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID:** | 835.1 | | | | | | | | |
| 07/01/08 | 1583008 | 40751 | Bennett "A stud | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40752 | Bennett "A stud | 0 | Copyright-Fee | $3.75 | $0.00 | $0.00 | $3.75 |
| | | | | | | Client Sub Total: | | | $18.75 |
| | | | | | | Client Sales Tax: | | | $0.00 |
| | | | | | | TOTAL CLIENT CHARGES: | | | $18.75 |
| **Client ID:** | 8351.1 | | | | | | | | |
| 07/01/08 | 1583008 | 40696 | Bahl "A Maximun | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40697 | Bahl "A Maximun | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40698 | Baum "Statistica | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40699 | Baum "Statistica | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40700 | Baum " A Max Te | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40701 | Baum " A Max Te | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40702 | Flanagan" Speec | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40703 | Flanagan" Speec | 0 | Copyright-Fee | $32.00 | $0.00 | $0.00 | $32.00 |
| 07/01/08 | 1583008 | 40704 | Forney " The Bit | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40705 | Forney " The Bit | 0 | Copyright-Fee | $29.00 | $0.00 | $0.00 | $29.00 |
| 07/01/08 | 1583008 | 40706 | Gersho " Vector | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40707 | Gersho " Vector | 0 | Copyright-Fee | $32.00 | $0.00 | $0.00 | $32.00 |
| 07/01/08 | 1583008 | 40708 | Baum " An Inequ | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |

**REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.**



REED TECHNOLOGY
AND INFORMATION SERVICES INC.

**REEDFAX®**
THE PATENT CONNECTION®

Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000270854
Invoice Date: 7/17/2008
Customer Number: 13833
Billing Period: 07/01/2008 - 07/15/200
Page: 2

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/08 | 1583008 | 40709 | Baum " An Inequ | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40710 | Hudson, "Word | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40711 | Hudson, "Word | 0 | Copyright-Fee | $55.00 | $0.00 | $0.00 | $55.00 |
| 07/01/08 | 1583008 | 40712 | Jelinek" Continu | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40713 | Jelinek" Continu | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40714 | Liebermann" Into | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40715 | Liebermann" Into | 0 | Copyright-Fee | $9.80 | $0.00 | $0.00 | $9.80 |
| 07/01/08 | 1583008 | 40716 | Makhoul" Vector | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40717 | Makhoul" Vector | 0 | Copyright-Fee | $29.00 | $0.00 | $0.00 | $29.00 |
| 07/01/08 | 1583008 | 40719 | Morgan " Hybrid | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40720 | Morgan " Hybrid | 0 | Copyright-Fee | $23.90 | $0.00 | $0.00 | $23.90 |
| 07/01/08 | 1583008 | 40722 | Quirk "A Comp G | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40723 | Quirk "A Comp G | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40724 | Rabiner " Digita | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40726 | Rabiner " Digita | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40727 | Rabiner " A Tuto | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40728 | Rabiner " A Tuto | 0 | Copyright-Fee | $29.00 | $0.00 | $0.00 | $29.00 |
| 07/01/08 | 1583008 | 40729 | Rabiner " Funda | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40730 | Rabiner " Funda | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40732 | Tracis "Handboo | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40733 | Tracis "Handboo | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |
| 07/01/08 | 1583008 | 40734 | Rabiner"Digital | 0 | NPL-Email | $15.00 | $0.00 | $0.00 | $15.00 |
| 07/01/08 | 1583008 | 40735 | Rabiner"Digital | 0 | Copyright-Fee | $10.00 | $0.00 | $0.00 | $10.00 |

Client Sub Total: $609.70
Client Sales Tax: $0.00
**TOTAL CLIENT CHARGES:** $609.70

**Invoice Sub Total:** $628.45

Taxing Authority: Not applicable
0

Tax Rate: 0  Sales Tax: $0.00

Total: $628.45

REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.



REED TECHNOLOGY
AND INFORMATION SERVICES INC.

**REEDFAX®**
THE PATENT CONNECTION®

Bartlit Beck Herman Palenchar & Scott
Attn: Account Payable
54 W. Hubbard
Suite 300
Chicago, IL
60610

Invoice #: 000269239
Invoice Date: 3/25/2008
Customer Number: 13833
Billing Period: 03/01/2008 - 03/15/200
Page: 2

## INVOICE FOR PATENT DOCUMENT DELIVERY SERVICES

Continued...

| Date | Account | Ctl | Patent | Pages | Description | Basic Charges | Extra Pages | Special Services | Product Charges |
|---|---|---|---|---|---|---|---|---|---|
| Client ID: | WEST.CORP | 832-1 | tantino? JodiLopen | | | | | | |
| 03/10/08 | 1583008 | 7418 | 6615172 | 822 | US-File-Hist-WWW-S | $1,644. | $0.00 | $0.00 | $1,644.00 |
| 03/10/08 | 1583008 | 7425 | 7139714 | 682 | US-File-Hist-WWW-S | $1,364. | $0.00 | $0.00 | $1,364.00 |
| 03/10/08 | 1583008 | 7426 | 7225125 | 683 | US-File-Hist-WWW-S | $1,366. | $0.00 | $0.00 | $1,366.00 |
| 03/10/08 | 1583008 | 7472 | 7050977 | 787 | US-File-Hist-WWW-S | $1,574. | $0.00 | $0.00 | $1,574.00 |

Client Sub Total: $5,948.00
Client Sales Tax: $0.00
**TOTAL CLIENT CHARGES:** $5,948.00

**Invoice Sub Total:** $9,121.00

Taxing Authority: Not applicable
0

Tax Rate: 0        Sales Tax: $0.00

Total: $9,121.00

REED TECHNOLOGY AND INFORMATION SERVICES, INC. HEREBY CERTIFIES THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIRLABOR STANDARDS ACT, AS AMENDED, OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF AND EXECUTIVE ORDER NO. 11246 AND NO. 11375.