**Exhibit J:**
**Document Technologies, Inc. invoices**



**Document Technologies, Inc.**
110 16th Street
Suite 601
DENVER, CO 80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 461646

Invoice Date: 04/10/09

**Bill To:**
Bartlit Beck Herman Palenchar
& Scott LLP
1899 Wynkoop Street
8th Floor
Denver, CO 80202
Nadia

**Ship To:**
Bartlit Beck Herman Palenchar
& Scott LLP
1899 Wynkoop Street
8th Floor
Denver, CO 80202

| | |
|---|---|
| Customer ID | 14659 |
| Terms | Net 15 Days |
| SalesPerson | DEN RTB |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Client / Matter No. | 832.001 |
| Job No. | RB0409017 |
| Nat'l Acct Name | |
| Nat'l Acct Ref. No. | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 24 | Copies - B/W Oversize | 1.00 | 24.00 |

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 24.00 |
| Total Sales Tax: | 1.85 |
| Total: | 25.85 |

Accepted By: _____

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA 31193-3435



## Document Technologies, Inc.
110 16th Street
Suite 601
DENVER, CO  80202
Phone : 720-904-1250
Fax : 720-904-1260
Fed. ID No. : 58-2413793

## INVOICE
Invoice Number:  452398
Invoice Date:  02/18/09

OK

COPY

Bill To:
Bartlit Beck Herman Palenchar
& Scott LLP
1899 Wynkoop Street
8th Floor
Denver, CO  80202
Nadia

Ship To:
Bartlit Beck Herman Palenchar
& Scott LLP
1899 Wynkoop Street
8th Floor
Denver, CO  80202

| | | | |
|---|---|---|---|
| Customer ID | 14659 | Client / Matter No. | 832.001 |
| Terms | Net 15 Days | Job No. | DENIMAG 9420 |
| SalesPerson | DEN RTB | Nat'l Acct Name | |
| SalesPerson 2 | | Nat'l Acct Ref. No. | |
| Cust. P.O. | | | |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 433 | Scanning E work - Glass work | 0.19 | 82.27 |
| 1 | IMG - CD Master | 15.00 | 15.00 |
| 433 | IMG - PDF File Conversion | 0.02 | 8.66 |

VENDOR # 3110    # 3
GL #          AMT
           CC
           13301
VOUCHER # 245919

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

Subtotal:  105.93
Total Sales Tax:  8.18
Total:  114.11

Accepted By: 

**Remit To:** Document Technologies, Inc.
PO Box 933435
Atlanta, GA  31193-3435